**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

STEPHEN M. MARTENS,

    Petitioner,

-vs-                                                                                Case No. 8:08-CV-248-T-30MAP

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

**ORDER**

THIS MATTER comes before the Court upon consideration of Petitioner's "Motion for New Trial, July 10 Judgment" filed pursuant to Fed. R. Civ. P. Rule 59(e) (Dkt. 22). On July 10, 2009, the Court denied Petitioner's Petition for Writ of Habeas Corpus (Dkt. 20), and judgment was entered against Petitioner on the same day (Dkt. 21).

"The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007)(quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999)). In support of his motion, Petitioner asserts that the Court overlooked that the record establishes "a bona fide doubt of competency to plea [sic] guilty on November 26, 1979[.]" (Dkt. 22 at pg. 1). Petitioner's competency to enter a plea, however, was not a claim raised in Petitioner's Petition for Writ of Habeas Corpus (See Dkt. 1). "[A] Rule 59(e) motion [cannot be used] to relitigate old matters, *raise argument or present evidence that could have been raised prior to the entry*

*of judgment.*" *Id.* (quoting *Michael Linet, Inc. v. Village of Wellington, Fla.*, 408 F.3d 757, 763 (11th Cir. 2005)(emphasis added). Moreover, the record does not establish that Petitioner was incompetent at the time he entered his plea.

Upon review of Petitioner's motion, the Court finds that he has failed to provide good cause for this Court to alter or amend its findings or judgment. *See Cover v. Wal-Mart*, 148 F.R.D. 294, 295 (M.D. Fla. 1993).

**ACCORDINGLY**, the Court **ORDERS** that Petitioner's "Motion for New Trial, July 10 Judgment" is **DENIED** (Dkt. 22).

**DONE** and **ORDERED** in Tampa, Florida on July 28, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copy to:
Petitioner *pro se*
Counsel of Record